**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS, NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 02:02-CR-00201-LRH (LRL) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 23, 2005 |
| | ) | |
| KENNETH AKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   ROSEMARIE MILLER        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the Court is Defendant Kenneth Akin's Motion to Place on Calendar for Akins' Referral to Ophthalmologist (Doc. #173).  Defendant has failed to cite any authority by which the Court would have jurisdiction and/or grounds upon which to enter such an order in this action and the motion will, therefore, be DENIED without prejudice.  However, the Court is sympathetic to the issue raised by Defendant's motion and will recommend to the United States Marshal's office that it do what it can through existing arrangements to provide a pair of glasses which will aid or remedy Defendant's vision problem.

                                  LANCE S. WILSON, CLERK

                                By:   /s/
                                    Deputy Clerk