```
                              FILED            RECEIVED
                              ENTERED          SERVED ON
                                       COUNSEL/PARTIES OF RECORD

                                      MAY 2 2 2018

                                   CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                              BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-CR-201-LRH-NJK |
| Plaintiff, ) | |
| vs. ) | |
| KENNETH AKINS ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#222), sentencing held o February 6, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: RAMADA INN SPEEDWAY CASINO
Amount of Restitution: $10,231.00

**Total Amount of Restitution ordered: $10,231.00\*\***
Joint and several with co-defendant Edward Stain

Dated this _10th_ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE