UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-CR-201-LRH-NJK |
| Plaintiff, ) | |
| vs. ) | |
| KENNETH AKINS ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#222), sentencing held o February 6, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: RAMADA INN SPEEDWAY CASINO
Amount of Restitution: $10,231.00

**Total Amount of Restitution ordered: $10,231.00\*\***
Joint and several with co-defendant Edward Stain

Dated this _10__ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE